PROB 12C
(6/16)

Report Date:  April 9, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Alfredo Arredondo          Case Number: 0980 2:12CR02084-SAB-1

Address of Offender:                        Zillah, Washington 98953

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 15, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 55 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Resentencing Sentence: 08/31/2016 | Prison - 37 months; TSR - 36 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 1, 2016 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: August 31, 2019 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On April 6, 2018, Mr. Arredondo was arrested by deputies with the Yakima County Sheriff's Office and charged with possession with intent to deliver a controlled substance, methamphetamine; possession of a firearm; unlawful imprisonment; harassment domestic violence; and assault fourth degree domestic violence.

Mr. Arredondo's conditions were reviewed with him on September 2, 2016.  He signed his conditions of supervision acknowledging an understanding of his conditions, which includes mandatory condition number 2, as noted above.

Mr. Arredondo made an initial appearance on April 6, 2018, in Yakima County Superior Court and bail was set at $75,000.  His arraignment is set for April 20, 2018.

**Prob12C**
**Re: Arredondo, Jose Alfredo**
**April 9, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     April 9, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     Other

Signature of Judicial Officer

April 9, 2018

Date