Report Date: August 15, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. MCAVOY, CLERK

## Revised Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Alfredo Arredondo | Case Number: 0980 2:12CR02084-SAB-1 |
| Address of Offender: , Zillah, Washington 98953 | |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 15, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 55 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Resentencing Sentence: 08/31/2016 | Prison - 37 months; TSR - 36 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 1, 2016 | |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: August 31, 2019 | |

## PETITIONING THE COURT

**Please Note:** The original petition was filed with the Court on April 9, 2018. The purpose of this petition is to reflect updated information in regard to violation number 1.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: On November 14, 2018, under cause number 18-1-00717-3 in Superior Court of Washington for Yakima, County, Mr. Arredondo pled guilty to Second Degree Assault; Domestic Violence, in violation of Revised Code of Washington (RCW) 9A.36.021 (1)(e) and 9A.36.041(4) as well as Felony Harassment of Another - Threat to Kill, in violation of RCW 9A.46.020(1)(a)(I)(b). |
| | Mr. Arredondo's conditions were reviewed with him on September 2, 2016. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes mandatory condition number 2, as noted above. |

On April 6, 2018, Mr. Arredondo was detained by Yakima County Sheriff's deputies. He was charged in Yakima County Superior Court with second degree assault, fourth degree assault domestic violence, harassment threaten to kill, harassment threaten bodily injury, fourth degree assault domestic violence, unlawful imprisonment, fourth degree assault domestic violence, possession of a controlled substance, controlled substance near school grounds.

As part of a plea agreement as stated above, on November 14, 2018, Mr. Arredondo pled guilty to second degree assault domestic violence, and felony harassment of another - threat to kill. Mr. Arredondo was sentenced to 24 months prison and 18 months community supervision on each charge. The sanction was imposed to be served concurrent.

Mr. Arredondo made an initial appearance on August 12, 2019. Mr. Arredondo waived his probable cause and detention hearing, and was ordered detained. Mr. Arredondo is scheduled to appear before Your Honor on August 28, 2019.

The U.S. Probation Office respectfully recommends the Court accepted the revised petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 15, 2019

s/Nicholas A. Bazan

Nicholas A. Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other - Petition Accepted

Signature of Judicial Officer

August 16, 2019
Date