FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ALREDO ARREDONDO,<br><br>    Defendant. | No. 2:12-CR-02084-SAB-1<br><br>**ORDER GRANTING MOTION TO WITHDRAW 28 U.S.C. § 2255 PETITION** |

Before the Court is Defendant's Motion to Withdraw 28 U.S.C. § 2255 Petition. ECF No. 118. The motion was heard without oral argument. Defendant is represented by Troy Lee and Tim Nguyen.

Defendant is no longer in custody and after consultation with counsel, he indicates he is withdrawing his 28 U.S.C. § 2255 – Motion to Vacate, Set Aside, or Correct Sentence.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Withdraw 28 U.S.C. § 2255 Petition. ECF No. 118, is **GRANTED**.

//
//
//
//

**ORDER GRANTING MOTION TO WITHDRAW 28 U.S.C. § 2255 PETITION** ~ 1

2. Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, ECF No. 111, is **WITHDRAWN**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to the counsel, and **close** the file.

**DATED** this 11th day of July 2020.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO WITHDRAW 28 U.S.C. § 2255 PETITION ~ 2**